# Exhibit 1

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN
## AND FOR BROWARD COUNTY, FLORIDA

Bertha Fertil

**Plaintiff**

Case No: 22-12610

Judge Division: 14

VS

The Rawlings Company LLC.

**Defendant**



FILED

AUG 25 2022

By

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-73Civ/2020-74-UFC:
"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO
DISMISSED CIVIL OR FAMILY CASES",

The Clerk has conducted a search for all previous existing civil cases related to
these two parties.

Listed below are all the aforementioned related cases:

NONE

Brenda D. Forman
Circuit and County Courts

By

Deputy Clerk



**CT Corporation**
**Service of Process Notification**
10/26/2022
CT Log Number 542563587

## Service of Process Transmittal Summary

**TO:**     Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:**     **Process Served in Connecticut**

**FOR:**    Aetna Inc.  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BERTHA FERTIL, an individual vs. THE RAWLINGS COMPANY LLC |
| **CASE #:** | CACE22012610 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/26/2022 at 12:47 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/26/2022, Expected Purge Date: 10/31/2022 |
| | Image SOP |
| | Email Notification,  Desiree Beatty  beattyd@aetna.com |
| | Email Notification,  Kim DePaepe  kjdepaepe@aetna.com |
| | Email Notification,  John Baka  bakaj@aetna.com |
| | Email Notification,  PATRICIA BOUTON  BoutonP@Aetna.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 67 Burnside Ave |
| | East Hartford, CT 06108 |
| | 800-448-5350 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# AETNA INC. ACTIVE

151 FARMINGTON AVENUE, HARTFORD, CT, 06156, United States
**BUSINESS DETAILS** ⌄

## Business Details ⌃

### General Information −

**Business Name**
AETNA INC.

**Business status**
ACTIVE

**Citizenship/place of formation**
Foreign/PA

**Business address**
151 FARMINGTON AVENUE, HARTFORD, CT, 06156, United States

**Annual report due**
12/13/2022

**NAICS code**
Offices of Other Holding Companies (551112)

**Business ALEI**
0668349

**Date formed**
12/13/2000

**Business type**
Stock

**Mailing address**
151 FARMINGTON AVENUE RW61, HARTFORD, CT, 06156, United States

**Last report filed**
2021

**NAICS sub code**
551112

### Principal Details +

### Agent details −

**Agent name**
C T CORPORATION SYSTEM

**Agent Business address**
67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408, United States

| CIVIL DIVISION | CIVIL ACTION SUMMONS<br>Personal Service on a Natural Person<br>(En Español al Dorso)<br>(Francais Au Verso) | CASE NUMBER<br>**CACE-22-012610** |
|---|---|---|
| PLAINTIFF(S)<br><br>BERTHA FERTIL, an individual | vs. DEFENDANT(S)<br><br>THE RAWLINGS COMPANY LLC, a Kentucky limited liability company; and AETNA INC., a Connecticut corporation | CLOCK IN<br><br>DATE: 10/26/2022<br>TIME: 9:14am<br>SERVER INTLS: CF |
| To Defendant:<br><br>AETNA INC. | Address (registered agent):<br><br>**C T CORPORATION SYSTEM**<br>**67 BURNSIDE AVE,**<br>**EAST HARTFORD, CT, 06108-3408**<br>**United States** ||

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk and Comptroller
Main Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL 33301
(954) 831-6565

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

| Plaintiff/Plaintiff's Attorney<br><br>Elizabeth Lee Beck, Esq. | Address:<br><br>BECK & LEE TRIAL LAWYERS<br>8306 Mills Dr., #248<br>Miami, Florida 33183<br><br>A True Copy Attest<br>Process Server Christine Foran |
|---|---|

TO EACH SHERIFF OF THE STATE OF FLORIDA: You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named defendant.

| CLERK OF COURTS | BY: _____ | COURT SEAL | DATE<br><br>SEP 27 2022 |
|---|---|---|---|

BRENDA D. FORMAN

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias contados a partir del recibo de esta notificación para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada teléfonica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número de caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont été entreprises contre vous.  Vous avez 20 jours consécutifs á partir de la date de l'assignation de cette citation pour déposer une reponse écrite á la plainte ci-jointe aupres de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger.  Vous étes obligé de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le délai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent., et vos biens peuvent etre saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner á un service de reference d'avocats ou a un bureau d'assistance juridique (figurant á l'annuaire de téléphones)

Si vous choisissez de déposer vous-méme une reponse ecrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nommé ci-dessous.

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Bertha Fertil</u>
 Plaintiff

Case # _____
Judge _____

vs.
<u>The Rawlings Company LLC, Aetna Inc.</u>
 Defendant

---

### II.    AMOUNT OF CLAIM
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☒ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.     NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   1

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.     HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☐ no
    ☒ yes If "yes," list all related cases by name, case number, and court.
    Bertha Fertil v. Dave & Buster's Entertainment, Inc., CACE-19-015842

**VIII.     IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.     DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jared Beck            Fla. Bar # 20695
      Attorney or party             (Bar # if attorney)

Jared Beck            08/25/2022
(type or print name)          Date

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

BERTHA FERTIL, an individual,

     Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA INC., a Connecticut corporation,

     Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL

     Plaintiff, BERTHA FERTIL ("Plaintiff"), by and through her undersigned attorneys,

hereby sues Defendants, THE RAWLINGS COMPANY LLC and AETNA INC. (collectively,

"Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

    1.     Venue is proper in this County, where the injury underlying the alleged claim for

reimbursement of medical expenses took place.

    2.     This is an action for declaratory relief the value of which exceeds $30,000.00,

exclusive of interest, court costs, and attorneys' fees.

### THE PARTIES

    3.     Plaintiff, Bertha Fertil ("Plaintiff" or "Ms. Fertil") is an individual and a resident

of the State of New York.

4.      Defendant, Rawlings Company LLC ("Rawlings") is a Kentucky limited liability company with its principal place of business in La Grange, Kentucky.

5.      Defendant, Aetna Inc. ("Aetna") is a Pennsylvania corporation with its principal place of business in Hartford, Connecticut.

## THE FACTS

6.      On August 14, 2015, Plaintiff suffered injury while a patron at a restaurant in Broward County.

7.      Plaintiff sued the owners of the restaurant in tort, which litigation concluded with a confidential settlement in 2022.

8.      Via written correspondence sent between 2017 and 2022 to Plaintiff, Defendant Rawlings, purporting to act as the authorized agent of Defendant Aetna, has alleged a claim for reimbursement out of the settlement proceeds for medical expenses paid on behalf of Plaintiff under a Federal Employee Health Benefit Plan (FEHBP).

9.      Plaintiff disputes Defendants' entitlement to the reimbursement claim and she disputes the amount claimed, thus giving rise to the necessity for a judicial declaration regarding the validity and/or proper amount of the claimed reimbursement right.

10.     Plaintiff's undersigned counsel is holding monies from the settlement equivalent to the reimbursement claim alleged by Defendants (which Plaintiff disputes as to entitlement and amount) and will continue to hold the monies until adjudication of this action or as otherwise directed by the Court.

11.     All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, been performed, or have been waived or excused by Defendants.

12.     Plaintiff has been compelled to engage the services of the undersigned attorneys and pay them a reasonable fee.

## CAUSE OF ACTION

### (Declaratory Relief)

13.     Plaintiff re-alleges paragraphs 1 through 12 above as if fully set forth herein.

14.     There is a bona fide, actual, present practical need for a declaration.

15.     The declaration sought deals with a present, ascertained and ascertainable state of facts and present controversy as to a state of facts.

16.     The rights of Plaintiff are dependent upon the facts or the law applicable to the facts.

17.     Plaintiff and Defendants have or reasonably may have an actual, present, adverse and antagonistic interest in the subject matter, either in fact or law, and these antagonistic and adverse interests are all before the Court by proper process.

18.     The relief sought is not merely giving of legal advice by the courts or the answer to questions propounded from curiosity.

WHEREFORE, Plaintiff BERTHA FERTIL demands declaratory relief regarding the validity and amount of Defendants' reimbursement claim along with such other further relief as may be necessary and proper.

## DEMAND FOR JURY TRIAL

19.     Plaintiff hereby demands a jury trial on all issues so triable.

*~signature page follows~*

DATED:  August 25, 2022

RESPECTFULLY SUBMITTED,

/s/ Jared H. Beck
By: Jared H. Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
8306 Mills Drive No. 248
Miami, Florida 33183
Telephone:     (305) 234-2060
Facsimile:      (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorneys for Plaintiff Bertha Fertil*

A True Copy
Attest:
Process Server
Christine Foran

Filing # 157744107 E-Filed 09/20/2022 10:11:21 AM

CACE-22-012610

| CIVIL DIVISION | **CIVIL ACTION SUMMONS** <br> Personal Service on a Natural Person <br> (En Español al Dorso) <br> (Francais Au Verso) | CASE NUMBER <br> **CACE-22-012610** |
|---|---|---|

| PLAINTIFF(S) <br><br> BERTHA FERTIL, an individual | vs. DEFENDANT(S) <br><br> THE RAWLINGS COMPANY LLC, a Kentucky limited liability company; and AETNA INC., a Connecticut corporation | CLOCK IN <br><br> Date/Time _10/27/22 4P_ <br> Server Initials _JK_ <br> License # _105_ |
|---|---|---|

| To Defendant: <br><br> THE RAWLINGS COMPANY LLC | Address (registered agent): <br><br> **PATRICIA G. TOBIN, ESQ.** <br> **ONE EDEN PARKWAY** <br> **LAGRANGE, KY 40031-8100** |
|---|---|

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse <br>
Clerk and Comptroller <br>
Main Courthouse <br>
201 S.E. 6th Street <br>
Fort Lauderdale, FL 33301 <br>
(954) 831-6565

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

| Plaintiff/Plaintiff's Attorney <br><br> Elizabeth Lee Beck, Esq. | Address: <br><br> BECK & LEE TRIAL LAWYERS <br> 8306 Mills Dr., #248 <br> Miami, Florida 33183 |
|---|---|

TO EACH SHERIFF OF THE STATE OF FLORIDA: You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named defendant.

| CLERK OF COURTS | BY: _____ | COURT SEAL | DATE <br><br> SEP 27 2022 |
|---|---|---|---|

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/22/2022 11:25:40 AM.****

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 dias contados a partir del recibo de esta notificación para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada teléfonica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número de caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont été entreprises contre vous.  Vous avez 20 jours consécutifs á partir de la date de l'assignation de cette citation pour déposer une reponse écrite á la plainte ci-jointe aupres de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger.  Vous étes obligé de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le délai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent., et vos biens peuvent etre saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner á un service de reference d'avocats ou a un bureau d'assistance juridique (figurant á l'annuaire de téléphones)

Si vous choisissez de déposer vous-méme une reponse ecrite, il vous faudra également, en méme temps que cette formalité, faire parvenir ou expédier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nommé ci-dessous.

## IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

Nancy Mize & Charles Mize )
)
*Plaintiffs* )
VS. )  Civil Action No.: 22-CV-255PFA
)
Morgan & Morgan, PA, et al. )
)
*Defendants* )

### SUMMONS

THE STATE OF MISSISSIPPI
TO:

    Morgan & Morgan Memphis Management, Inc., C/O
    National Registered Agents, Inc.
    300 Montvue Rd.
    Knoxville, TN 37919-5546

### NOTICE TO DEFENDANT(S)

THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand deliver a copy of a written response to the Amended
Complaint to Matthew Wade Gilmer, the attorney for the Plaintiff(s), whose post office address
is Post Office Box 737, Iuka, Mississippi 38852, and whose street address is 507 N Franklin
Street, Corinth, Mississippi 38834. Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

    You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

    Issued under my hand and the seal of said Court, this 12 day October , 2022.

HON. CRYSTAL STARLING, CIRCUIT CLERK
ALCORN COUNTY, MISSISSIPPI

BY: _____
      DEPUTY CLERK

(SEAL)

## IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

| | |
|---|---|
| Nancy Mize & Charles Mize )<br>)<br>*Plaintiffs* )<br>VS. )<br>)<br>Morgan & Morgan, PA, et al. )<br>)<br>*Defendants* ) | Civil Action No.: 22-CV-255PFA |

### SUMMONS

THE STATE OF MISSISSIPPI
TO:

      Morgan & Morgan Memphis Management, Inc., C/O
      National Registered Agents, Inc.
      300 Montvue Rd.
      Knoxville, TN 37919-5546

### NOTICE TO DEFENDANT(S)

THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      You are required to mail or hand deliver a copy of a written response to the Amended
Complaint to Matthew Wade Gilmer, the attorney for the Plaintiff(s), whose post office address
is Post Office Box 737, Iuka, Mississippi 38852, and whose street address is 507 N Franklin
Street, Corinth, Mississippi 38834. Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

      You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

      Issued under my hand and the seal of said Court, this 12ᵗʰ day October , 2022.



HON. CRYSTAL STARLING, CIRCUIT CLERK
ALCORN COUNTY, MISSISSIPPI

BY _____
     DEPUTY CLERK

Filing # 156117063 E-Filed 08/25/2022 02:11:43 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

BERTHA FERTIL, an individual,

    Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA INC., a Connecticut corporation,

    Defendants.

_____/

### COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL

Plaintiff, BERTHA FERTIL ("Plaintiff"), by and through her undersigned attorneys,

hereby sues Defendants, THE RAWLINGS COMPANY LLC and AETNA INC. (collectively,

"Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

1.    Venue is proper in this County, where the injury underlying the alleged claim for

reimbursement of medical expenses took place.

2.    This is an action for declaratory relief the value of which exceeds $30,000.00,

exclusive of interest, court costs, and attorneys' fees.

### THE PARTIES

3.    Plaintiff, Bertha Fertil ("Plaintiff" or "Ms. Fertil") is an individual and a resident

of the State of New York.

1

4.      Defendant, Rawlings Company LLC ("Rawlings") is a Kentucky limited liability company with its principal place of business in La Grange, Kentucky.

5.      Defendant, Aetna Inc. ("Aetna") is a Pennsylvania corporation with its principal place of business in Hartford, Connecticut.

## THE FACTS

6.      On August 14, 2015, Plaintiff suffered injury while a patron at a restaurant in Broward County.

7.      Plaintiff sued the owners of the restaurant in tort, which litigation concluded with a confidential settlement in 2022.

8.      Via written correspondence sent between 2017 and 2022 to Plaintiff, Defendant Rawlings, purporting to act as the authorized agent of Defendant Aetna, has alleged a claim for reimbursement out of the settlement proceeds for medical expenses paid on behalf of Plaintiff under a Federal Employee Health Benefit Plan (FEHBP).

9.      Plaintiff disputes Defendants' entitlement to the reimbursement claim and she disputes the amount claimed, thus giving rise to the necessity for a judicial declaration regarding the validity and/or proper amount of the claimed reimbursement right.

10.     Plaintiff's undersigned counsel is holding monies from the settlement equivalent to the reimbursement claim alleged by Defendants (which Plaintiff disputes as to entitlement and amount) and will continue to hold the monies until adjudication of this action or as otherwise directed by the Court.

11.     All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, been performed, or have been waived or excused by Defendants.

12.     Plaintiff has been compelled to engage the services of the undersigned attorneys and pay them a reasonable fee.

## CAUSE OF ACTION

### (Declaratory Relief)

13.     Plaintiff re-alleges paragraphs 1 through 12 above as if fully set forth herein.

14.     There is a bona fide, actual, present practical need for a declaration.

15.     The declaration sought deals with a present, ascertained and ascertainable state of facts and present controversy as to a state of facts.

16.     The rights of Plaintiff are dependent upon the facts or the law applicable to the facts.

17.     Plaintiff and Defendants have or reasonably may have an actual, present, adverse and antagonistic interest in the subject matter, either in fact or law, and these antagonistic and adverse interests are all before the Court by proper process.

18.     The relief sought is not merely giving of legal advice by the courts or the answer to questions propounded from curiosity.

WHEREFORE, Plaintiff BERTHA FERTIL demands declaratory relief regarding the validity and amount of Defendants' reimbursement claim along with such other further relief as may be necessary and proper.

## DEMAND FOR JURY TRIAL

19.     Plaintiff hereby demands a jury trial on all issues so triable.

*~signature page follows~*

DATED:  August 25, 2022

RESPECTFULLY SUBMITTED,

 /s/ Jared H. Beck
By: Jared H. Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
8306 Mills Drive No. 248
Miami, Florida 33183
Telephone:      (305) 234-2060
Facsimile:      (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorneys for Plaintiff Bertha Fertil*

Filing # 156117063 E-Filed 08/25/2022 02:11:43 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Bertha Fertil</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>The Rawlings Company LLC, Aetna Inc.</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.   TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☒ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   <u>1</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☐ no
    ☒ yes If "yes," list all related cases by name, case number, and court.
    <u>Bertha Fertil v. Dave & Buster's Entertainment, Inc., CACE-19-015842</u>

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Jared Beck</u>          Fla. Bar # <u>20695</u>
      Attorney or party                  (Bar # if attorney)

<u>Jared Beck</u>          <u>08/25/2022</u>
 (type or print name)         Date

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-22-012610 Div: 14

BERTHA FERTIL, an individual,

        Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA INC., a Connecticut corporation

        Defendants.

_____/

## JOINT STIPULATION TO SUBSTITUTE PARTY DEFENDANT,
### FOR LEAVE TO FILE AMENDED COMPLAINT,
### AND TO AMEND CASE CAPTION AND STYLE

Pursuant to the Florida Rules of Civil Procedure, Plaintiff BERTHA FERTIL ("Fertil"),

Defendant THE RAWLINGS COMPANY LLC ("Rawlings"), and proposed substituted party

AETNA LIFE INSURANCE COMPANY (collectively, the "parties"), by and through their

undersigned counsel, hereby file their Joint Stipulation to Substitute Party Defendant, for Leave to

File an Amended Complaint, and to Amend Case Caption and Style, and state as follows:

1.      On August 25, 2022, Fertil filed her Complaint against Defendants THE

RAWLINGS COMPANY LLC ("Rawlings") and AETNA, INC. ("Aetna").

2.      Since filing her original Complaint, Plaintiff has learned that sue sued the incorrect

Aetna entity that administers the Federal Employee Health Benefit Plan at issue.

3.      In order to correct the pleading and proceed against the real party-in-interest, the

parties now seek to substitute "Aetna Life Insurance Company" in place of the separate and distinct

company, Aetna, Inc.

4.      Attached hereto as Exhibit "A" is an Amended Complaint naming Aetna Life Insurance Company as the replacement defendant for Aetna, Inc.

5.      Upon the entry of an Order granting this Stipulation and deeming the Amended Complaint filed as of the date of the Order, the Clerk of Court should be directed to change the case caption in this action to reflect this substitution of the party defendant.

6.      The parties also stipulate that no prejudice will accrue to Fertil for this amendment pursuant to Fla. R. Civ. P. 1.190(a).

WHEREFORE, Plaintiff BERTHA FERTIL, Defendant THE RAWLINGS COMPANY LLC, and proposed substituted party AETNA LIFE INSURANCE COMPANY respectfully request that this Court enter an Order substituting "Aetna Life Insurance Company," authorizing the change in caption of the case, and deeming the Amended Complaint filed as of the date of entry of the Order.

Dated this 11ᵗʰ day of January 2023.

Respectfully submitted,

By: */s/ Elizabeth Lee Beck*
JARED H. BECK, ESQ.
Florida Bar No. 20695
ELIZABETH LEE BECK, ESQ.
Florida Bar No. 20697
BECK & LEE TRIAL LAWYERS
8306 Mills Drive No. 248
Miami, Florida 33183
Telephone:  305-234-2060
Facsimile:  786-664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

*Attorneys for Plaintiff Bertha Fertil*

By*: /s/ Daniel Alter*
DANIEL ALTER, ESQ.
Florida Bar No. 0033510
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone:  954-761-8111
Facsimile:  954-761-8112
dan.alter@gray-robinson.com

*Attorneys for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the e-portal filing and service system, and that service of the foregoing has been effected via email on January 12, 2023, to Daniel Alter, Esq., Gray Robinson, P.A., 401 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, FL 33301, email: dan.alter@gray-robinson.com.

*/s/ , Elizabeth Lee Esq.*
Elizabeth Lee Beck, Esq.

# Exhibit A

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

Civil Division 14

CASE NO. CACE-22-012610

BERTHA FERTIL, an individual,

     Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA LIFE INSURANCE COMPANY,
a Connecticut corporation,

     Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL

Plaintiff, BERTHA FERTIL ("Plaintiff" or "Ms. Fertil"), by and through her undersigned attorneys, hereby sues Defendants, THE RAWLINGS COMPANY LLC   ("Rawlings") and AETNA LIFE INSURANCE COMPANY ("Aetna") (collectively, "Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

1.     Venue is proper in this County, where the injury underlying the alleged claim for reimbursement of medical expenses took place.

2.     This is an action for declaratory relief the value of which exceeds $30,000.00, exclusive of interest, court costs, and attorneys' fees.

## THE PARTIES

3.     Plaintiff Bertha Fertil ("Plaintiff" or "Ms. Fertil") is an individual and a resident of the State of New York.

4.     Defendant, Rawlings Company LLC ("Rawlings") is a Kentucky limited liability company with its principal place of business in La Grange, Kentucky.

5.     Defendant, Aetna Life Insurance Company ("Aetna") is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

## THE FACTS

6.     On August 14, 2015, Plaintiff suffered injury while a patron at a restaurant in Broward County.

7.     Plaintiff sued the owners of the restaurant in tort, which litigation concluded with a confidential settlement in 2022.

8.     Via written correspondence sent between 2017 and 2022 to Plaintiff, Defendant Rawlings, purporting to act as the authorized agent of Defendant Aetna, has alleged a claim for reimbursement out of the settlement proceeds for medical expenses paid on behalf of Plaintiff under a Federal Employee Health Benefit Plan (FEHBP).

9.     Plaintiff disputes Defendants' entitlement to the reimbursement claim and she disputes the amount claimed, thus giving rise to the necessity for a judicial declaration regarding the validity and/or proper amount of the claimed reimbursement right.

10.     Plaintiff's undersigned counsel is holding monies from the settlement equivalent to the reimbursement claim alleged by Defendants (which Plaintiff disputes as to entitlement and amount) and will continue to hold the monies until adjudication of this action or as otherwise directed by the Court.

B E C K  &  L E E
8306 Mills Drive, #248 | Miami, Florida 33183 | 305-234-2060

11.     All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, been performed, or have been waived or excused by Defendants.

12.     Plaintiff has been compelled to engage the services of the undersigned attorneys and pay them a reasonable fee.

## CAUSE OF ACTION

### (Declaratory Relief)

13.     Plaintiff re-alleges paragraphs 1 through 12 above as if fully set forth herein.

14.     There is a bona fide, actual, present practical need for a declaration.

15.     The declaration sought deals with a present, ascertained and ascertainable state of facts and present controversy as to a state of facts.

16.     The rights of Plaintiff are dependent upon the facts or the law applicable to the facts.

17.     Plaintiff and Defendants have or reasonably may have an actual, present, adverse and antagonistic interest in the subject matter, either in fact or law, and these antagonistic and adverse interests are all before the Court by proper process.

18.     The relief sought is not merely giving of legal advice by the courts or the answer to questions propounded from curiosity.

WHEREFORE, Plaintiff BERTHA FERTIL demands declaratory relief regarding the validity and amount of Defendants' reimbursement claim along with such other further relief as may be necessary and proper.

B E C K   &   L E E

8306 Mills Drive, #248 | Miami, Florida 33183 | 305-234-2060

## <u>DEMAND FOR JURY TRIAL</u>

19.    Plaintiff hereby demands a jury trial on all issues so triable.

DATED: January 12, 2023

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Lee Beck

By: Elizabeth Lee Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
8306 Mills Dr., #248
Miami, FL 33183
Telephone:    (305) 234-2060
Facsimile:     (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

***Attorneys for Plaintiff***

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-22-012610 Div: 14

BERTHA FERTIL, an individual,

                Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA INC., a Connecticut corporation

                Defendants.

_____/

## ORDER ON JOINT STIPULATION TO SUBSTITUTE PARTY DEFENDANT, FOR LEAVE TO FILE AMENDED COMPLAINT, AND TO AMEND CASE CAPTION AND STYLE

       THIS CAUSE having come before the Court on the Joint Stipulation to Substitute Party Defendant, for Leave to File an Amended Complaint, and to Amend Case Caption and Style, and the Court having reviewed the file and being otherwise fully advised in the Premises, it is

       ORDERED AND ADJUDGED that said Joint Stipulation is hereby GRANTED.  Plaintiff is authorized to file her Amended Complaint substituting newly named "Aetna Life Insurance Company" in place of originally named "Aetna, Inc." The Clerk of Court shall change the caption of this case in keeping with the style of the Amended Complaint.

       The originally named Defendant, "Aetna, Inc.," is dismissed without prejudice to Plaintiff, and shall no longer be a party to this proceeding. The Amended Complaint attached as an exhibit to the Joint Stipulation is deemed filed as of the date of entry of this Order.  Plaintiff shall formally serve the Amended Complaint in ordinary course, or otherwise reach agreement with the newly substituted party Aetna, Inc., to accept service of process of the newly authorized Amended Complaint.

       DONE AND ORDERED in Chambers Broward County, Florida, this 20th day of January, 2023

CACE22012610 01-20-2023 10:58 AM
HON. CARLOS AUGUSTO RODRIGUEZ
Circuit Court Judge

Copies furnished to:
All Counsel of Record

**Copies Furnished To:**
Daniel Alter, Esq. , E-mail : dan.alter@gray-robinson.com
Elizabeth Lee Beck , E-mail : elizabeth@beckandlee.com
Elizabeth Lee Beck , E-mail : service@beckandlee.com
Elizabeth Lee Beck , E-mail : jared@beckandlee.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-22-012610 Div: 14

BERTHA FERTIL, an individual,

        Plaintiff,

v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA LIFE INSURANCE COMPANY, a Connecticut corporation

        Defendants.

_____/

WAIVER OF SERVICE OF PROCESS AS TO DEFENDANT
AETNA LIFE INSURANCE COMPANY

TO:    ELIZABETH LEE BECK, ESQ.
        BECK & LEE TRIAL LAWYERS
        8306 Mills Drive No. 248
        Miami, Florida 33183
        Telephone: 305-234-2060
        Facsimile: 786-664-3334
        elizabeth@beckandlee.com

      I acknowledge receipt of your request that newly substituted Defendant Aetna Life
Insurance Company waive service of process in the lawsuit of *BERTHA FERTIL v. THE
RAWLINGS COMPANY LLC, and AETNA LIFE INSURANCE COMPANY,* in the Circuit Court
of the Seventeenth Judicial Circuit Court in Broward County, Florida. I have also received a
copy of the amended complaint, two copies of this waiver, and a means by which I can return the
signed waiver to you without cost to Aetna Life Insurance Company.

      I agree to save the cost of service of process and an additional copy of the amended
complaint in this lawsuit by not requiring that Aetna Life Insurance Company be served with
judicial process in the manner provided by Fla. R. Civ. P. 1.070. If I am not the defendant to
whom the notice of lawsuit and waiver of service of process was sent, I declare that my
relationship to the entity or person to whom the notice was sent and my authority to accept
service on behalf of such person or entity is as follows:

Counsel for newly substituted Defendant Aetna Life Insurance Company

NOT AN OFFICIAL COPY - NOT AN OFFICIAL COPY

Aetna Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons as to newly substituted party Aetna Life Insurance Company.

I understand that a judgment may be entered against Aetna Life Insurance Company if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED on January30, 2023

By: _____

DANIEL ALTER, ESQ.
Florida Bar No. 0033510
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone:  954-761-8111
Facsimile:  954-761-8112
dan.alter@gray-robinson.com

*Attorneys For Defendant*
*Aetna Life Insurance Company*

/821590/27#49281523 v1

2