# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____
(State Circuit Court Case No: CACE-22-012610)

BERTHA FERTIL, an individual,

    Plaintiff,
v.

THE RAWLINGS COMPANY LLC, a
Kentucky limited liability company; and
AETNA LIFE INSURANCE COMPANY,
a Connecticut corporation.

    Defendants.
_____/

### DEFENDANT, THE RAWLINGS COMPANY LLC'S, CONSENT TO REMOVAL

Defendant, The Rawlings Company LLC, through its undersigned representative, hereby consents to the removal by Defendant, Aetna Life Insurance Company, of the matter styled, *Bertha Fertil v. The Rawlings Company LLC et al.*, Case No. 22-012610, which was initially filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

Dated this 14th day of February, 2023.

The Rawlings Company LLC

By: _____

Printed Name: Richard I. Beckley III

Title: Senior Associate General Counsel

Date: February 14, 2023

#49519924 v1